**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of   **Delaware**
                          (State)

Case number *(if known)*: _____   Chapter __11__

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Extreme Plastics Plus, Inc. |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Three Amigos Rentals, LLC<br>American Well Services, LLC |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 4 6 _ 4 1 6 6 9 1 3 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 360 Epic Circle Dr. | |
| Number     Street | Number     Street |
| | P.O. Box |
| Fairmont          WV     26554 | |
| City          State     ZIP Code | City          State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Marion County | |
| County | Number     Street |
| | |
| | City          State     ZIP Code |

| | |
|---|---|
| 5. **Debtor's website (URL)** | http://extremeplasticsplus.com |
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | Extreme Plastics Plus, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

2 1 3 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When _____  Case number _____
MM / DD / YYYY

District _____  When _____  Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.  Debtor   EPP Intermediate Holdings, Inc.   Relationship   Parent

District   Delaware   When   01 / 31 / 2016
MM / DD / YYYY

Case number, if known _____

| Debtor | Extreme Plastics Plus, Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
_____
Number          Street

_____

_____
City                                    State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☒ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Extreme Plastics Plus, Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☒ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01 / 31 / 2016
　　　　　　 MM / DD / YYYY

✗ /s/ Ryan S. Bouley
Signature of authorized representative of debtor

Ryan S. Bouley
Printed name

Title  Chief Restructuring Officer

---

**18. Signature of attorney**

✗ /s/ William D. Sullivan
Signature of attorney for debtor

Date  01 / 31 / 2016
　　　 MM / DD / YYYY

William D. Sullivan
Printed name

Sullivan Hazeltine Allinson LLC
Firm name

901 North Market Street, Suite 1300
Number        Street

Wilmington
City

DE    19801
State    ZIP Code

(302) 428-8191
Contact phone

bsullivan@sha-llc.com
Email address

2820
Bar number

Delaware
State

---

## EXTREME PLASTICS PLUS, INC.

January 29, 2016

I, Bennie Michael Wharry, President of Extreme Plastics Plus, Inc., a Delaware corporation ("Extreme Plastics"), do hereby certify the following:

1. I am the duly appointed President of Extreme Plastics.

2. Attached hereto as Exhibit A is a true, correct, and complete copy of the resolutions duly adopted by Extreme Plastic's board of directors acting pursuant to Extreme Plastics' bylaws.

3. The resolutions attached as Exhibit A are not inconsistent with Extreme Plastics' bylaws.

4. The resolutions attached as Exhibit A have not been amended, modified, repealed, or rescinded since they were adopted, and they remain in full force and effect.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of January 29, 2016:

Name: Bennie Michael Wharry
Title: President

EXHIBIT A

## RESOLUTION OF BOARD OF DIRECTORS OF EXTREME PLASTICS PLUS, INC.

### January 2016

WHEREAS, the Board has previously approved the retention of Ryan Bouley as Chief Restructuring Officer ("Bouley" or the "CRO") of Extreme Plastics Plus, Inc. ("Extreme Plastics" or the "Company");

WHEREAS, together with the assistance of his firm, Opportune LLP, and the Company's outside counsel, the CRO has evaluated the Company's assets, liabilities and operating performance, and pursued negotiations with the Company's Lenders and other stakeholders for a comprehensive restructuring of Extreme Plastics' balance sheet;

WHEREAS, the Company's Lenders have issued notices of default and reservations of rights to the Company, and have debited the Company's operating account for the payment of professional fees and principal amortization payments;

WHEREAS, pursuant to those notices of default and reservations of rights, the Lenders have taken the position that they may move forward at any time to exercise their rights and remedies against the Company;

WHEREAS, if the Lenders proceed to exercise their rights and remedies, the Company's ability to continue operating could be compromised, with a risk of substantial loss of value for the Company and all of its stakeholders;

WHEREAS, the Company has pursued a consensual restructuring with the Lenders, which has not yet yielded a consensual restructuring;

WHEREAS, the Board has decided it is in the best interest of the Company to file for Chapter 11 bankruptcy protection in order to preserve its assets and value;

NOW, THEREFORE, BE IT

RESOLVED, that in the judgment of the Board and in order to preserve the going concern value of the Company, it is in the best interests of Extreme Plastics to file a voluntary petition for relief pursuant to chapter 11 of the title 11 of the United States Code (a "Bankruptcy Petition") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") or such other court of competent jurisdiction and venue as the CRO may choose; and,

RESOLVED that the CRO is authorized to file a Bankruptcy Petition on behalf of the Company in the Bankruptcy Court, to retain counsel in Delaware or in such other jurisdiction as may be necessary to effectuate the bankruptcy filing, to retain other professionals on behalf of the Company, and to prepare and file such other petitions, schedules, motions, plans and other documents as are necessary to bring the Company's chapter 11 proceeding to a conclusion.

**Fill in this information to identify the case:**

Debtor name _Extreme Plastics Plus, Inc._

United States Bankruptcy Court for the: _____ District of _Delaware_
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | GSE Lining Technology | PO Box 840286 Dallas, TX  75284-0286 | Trade Debt | | | | $1,456,210.59 |
| 2 | Solmax International | 2801 Boul. Marie-Victoria Varennes, Quebec J3X1P7 Canada | Trade Debt | | | | $704,214.27 |
| 3 | Hanes Geo Components | PO Box 60984 Charlotte, NC  28260 | Trade Debt | | | | $223,620.47 |
| 4 | TenCate | P.O. Box 100288 Atlanta, GA  30384-0288 | Trade Debt | | | | $116,719.00 |
| 5 | Bergad, Inc. | 11858 State Rt 85 Kittanning, PA  16201 | Trade Debt | | | | $112,833.50 |
| 6 | Leetech Solutions, Inc. | PO Box 930330 Atlanta, GA  31193-0330 | Trade Debt | | | | $74,586.78 |
| 7 | DemTech | PO Box 2165 Placerville, CA  95667 | Trade Debt | | | | $38,919.40 |
| 8 | Chief Industries, Inc. | PO Box 4920 Grand Island, NE  68802 | Trade Debt | | | | $35,431.58 |

| Debtor | Extreme Plastics Plus, Inc. | | | Case number _(if known)_ | | | |
|--------|------|--|--|------|--|--|--|
| | Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Red Roof Inns | PO Box 849800<br>Dallas, TX  75284-9800 | Trade Debt | | | | $35,091.56 |
| 10  Trimac Containment LLC | 43504 Wolverine Road<br>Shawnee, OK  74804-9099 | Trade Debt | | | | $33,657.38 |
| 11  IMTHOTSHOT, L.L.C. | PO Box 60593<br>Midland, TX  79711 | Trade Debt | | | | $30,010.00 |
| 12  ISCO Industries | 1974 Solutions Center<br>Chicago, IL  60677-1009 | Trade Debt | | | | $19,821.36 |
| 13  Residence Inn by Marriott | 7261 Tres Hermanas Blvd<br>Odessa, TX  79765 | Trade Debt | | | | $18,657.85 |
| 14  NB Logistics, LLC | Pavestone Capital LLC<br>PO Box 1110<br>Fruitland ID 83619 | Trade Debt | | | | $16,821.50 |
| 15  Poly-America, L.P. | P.O. Box 843208<br>Dallas, TX  75284 | Trade Debt | | | | $16,101.00 |
| 16  Carl Marks Advisory Group | 900 Third Avenue<br>33rd Floor<br>New York, NY  10022 | Trade Debt | | | | $15,540.00 |
| 17  K.C. Trucking | 8 Thurman Avenue<br>Buckhannon, WV  26201 | Trade Debt | | | | $14,755.00 |
| 18  Premier Energy Services, LLC | 125 Stoneybrooke Rd<br>Clarksburg, WV  26301 | Trade Debt | | | | $13,682.00 |
| 19  Rexer's, LLC | 8724 Route 220<br>Dushore, PA  18614 | Trade Debt | | | | $10,227.50 |
| 20  Enterprise Rent-A-Car | 148 Carrier Way, Ste H<br>Scott Depot, WV  25560 | Trade Debt | | | | $9,600.99 |

---

**Fill in this information to identify the case and this filing:**

Debtor Name  Extreme Plastics Plus, Inc.

United States Bankruptcy Court for the: _____  District of  Delaware
                                                                        (State)

Case number (*If known*):  _____

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01 / 31 / 2016          ✗  /s/ Ryan S. Bouley
            MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                        Ryan S. Bouley
                                        Printed name

                                        Chief Restructuring Officer
                                        Position or relationship to debtor

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXTREME PLASTICS PLUS, INC., | ) | Case No. 16-_____ (___) |
| | ) | |
| Debtor. | ) | Joint Administration Pending |
| | ) | |

### CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, Extreme Plastics Plus, Inc. ("Extreme Plastics") on behalf of itself and its affiliated Debtor EPP Intermediate Holdings, Inc. (collectively, the "Debtors"), respectfully represents as follows:

1.    The corporate parent of Extreme Plastics is EPP Intermediate Holdings Inc. ("EPP Intermediate"), which directly owns 100% of the interest in Extreme Plastics.

2.    The corporate parent of EPP Intermediate is EPP Holding Company, LLC, which directly owns 100% of the interest in EPP Intermediate.

3.    Hastings Extreme Investors, LLC owns 50.20% of the interest in EPP Holding Company, LLC.

4.    BW4 Investment Group, Inc. owns 44.51% of the interest in EPP Holding Company, LLC.

5.    No other corporations directly or indirectly own 10% or more of any class of the equity interest in EPP Intermediate or Extreme Plastics Plus, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 31, 2016

*/s/ Ryan S. Bouley*
Chief Restructuring Officer

1905542.3
NO 181244v.1